BEFORE THE THIRD DIVISION, MAY 21, 1947

**No. 51741.**—Protest 113507–K of C. J. Tower & Sons (Buffalo).

Opinion by CLINE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919). In accordance therewith the claim for free entry was sustained.

**No. 51742.**—Protests 107279–K, etc., of Werner Marx et al. (New York).

Opinion by CLINE, J. It was stipulated that certain items of the merchandise consist of "Gruyère process-cheese" similar in all material respects to that the subject of *Kraft Phenix Cheese Corp.* v. *United States* (10 Cust. Ct. 271, C. D. 767), and that other items consist of "Cheese having the eye formation characteristic of the Swiss or Emmenthaler type," the same as that involved in *S. A. Haram* v. *United States* (17 Cust. Ct. 37, C. D. 1016). In accordance therewith the claim of the plaintiffs was sustained.

**No. 51743.**—Protest 129406–K of S. Nathan & Co., Inc. (New York).

Opinion by EKWALL, J. An examination of the record disclosed that the value of $5 was checked as correct by the appraiser on the summary sheet. Since the record is lacking in proof that any clerical error was made, the protest was overruled. *J. J. McQuillan* v. *United States*, 18 C. C. P. A. 215, T. D. 44401; *United States* v. *Wyman & Co.*, 4 Ct. Cust. Appls. 264, T. D. 33485; and *H. A. Gogarty, Inc.* v. *United States*, 3 Cust. Ct. 280, C. D. 254, followed.

**No. 51744.**—Protests 43646–K, etc., of F. B. Ackerman et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51745.**—Protests 56813–K, etc., of Keuffel & Esser Co. et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.